IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SCOTT PIETILA,

    Plaintiff,

  v.

THEA HALVERSON, LT. DINGMAN,
WARDEN BRIAN FOSTER AND
CAPTAIN WESTRA,

    Defendants.

Case No. 20-cv-505-bbc

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                           8/10/2020
Peter Oppeneer, Clerk of Court                Date